AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America

v.

Andrew J. Polese

**WARRANT FOR ARREST**


FILED
DEC 1 3 2006
Dec 13, 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: 06 CR 572

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Andrew J. Polese** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[Indictment]    Information    Complaint    Order of court    Violation Notice
Probation    Violation Petition

charging him or her with:    **Coercion or Enticement of Female/Male**
**Coercion or Enticement of Minor**

in violation of Title 18 United States Code, Section(s) 2422(b); 18 USC 2423(b)

Marsha E. Glenn Issuing Officer

Signature of Issuing Officer

Deputy Clerk

August 11, 2006; Chicago, Illinois

Bail fixed at $ _____

, Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| R. WALENDA  (IOUSM |
| Date Received 8/30/2006    Name and Title of Arresting Officer    Signature of Arrest Officer |
| Date of Arrest    DiRected - A |