Dear Judge,

My name is Kathryn Crocker and I am a victim of a sex offender. Three years ago, that would be that last statement I'd ever thought I'd say. It's only been for the last 17 months that I have begun to realize how much I have been impacted by this crime. I will never really know what I would have been like had this not happened to me. That makes me feel that, in a sense, I have lost myself forever.

Before all this happened, I was a very different person. I was fourteen when my life would begin to spiral downward into a twisted fate. I was baited, lied to, manipulated, groomed, and ultimately violated in the worst way possible; I was raped. It wasn't until I began counseling 17 months ago that I realized it was rape. To me, it felt like the next step in a serious relationship, a relationship that felt very real to me. For a long time, I was very blind to the fantasy romance that he created for me.

Everyone told me it was all about control, not sex. It was about dominating my mental, emotional, and physical identities. He'd promise me anything I wanted and told me everything I needed to hear to get me to do what he wanted voluntarily. Meanwhile, I was blind to what his true intent was.

I used to think that sex offenders would be obvious; I thought it would be so easy to see right through their lies. I thought the girls who fell for it were dumb and desperate. Now I see things from a different perspective. I was not dumb or desperate; I was young and inexperienced. But that's exactly why these types of offenders can be successful at what they do. They find the young, helpless girl and they turn her world upside down without her even knowing it.

I didn't come from a messed up family or an ugly childhood. I wasn't poor or a trouble maker. I was an average student; I have passions and goals set in my life. When I met Drew, I just graduated from grammar school and was beginning a new adventure as a high school student. It was a time for me to make friends. We'd carry each other through our mistakes, our pains, and our happiness. I was beginning to learn who I could trust. I can look back now and see that those years have been stolen from me.

The effects this crime have had on me are extensive. First, I am very uncomfortable with any male attention. I become suspicious of any man I see. My instincts have been rewritten and now my first gut feeling is to run because I will be raped. Everything seems so unpredictable; anything can happen. Since this incident, anything seems possible to me. There are times when I am afraid of my own father, who has been battling cancer for over two years. It breaks my heart that he may not be alive in the next few years, yet I am too scared to show him affection. As much as I hate it, the distance that has been forced between us because of my phobia is permanent. It is very frightening to feel so helpless.

Everyday that Drew was in Chicago, I have to live with the guilt of lying to my mother. I am so close to my mother and I had never lied to her before. It infuriates me that I betrayed her to be with him. I suppose I betrayed everyone I kept this secret from but I have never blamed myself. I blame Drew. He had every chance to leave and never contact me again, but he chose not to. He knew what he was doing the moment he instant messaged me in the chatroom that first summer. Because of the perverse choices he made, I do not nor will I ever have any sympathy for him.

I have difficulty relating to and socializing with my peers. My youth has been stolen and all I have left is paranoia and doubt. I never know what to say, how to act, what to wear. I used to have many friends that I would hang out with almost every day. Socializing with people my age came naturally. Now, I am anxious in social situations. I am critical of all my actions and everything I say. It's so painful wishing you could go to the mall with friends or meet for dinner or answer a friend's phone call but being so scared of not knowing how to interact that it keeps you from doing it. It takes so much energy to socialize that I no longer want anything to do with it. I feel alien around kids at school. I have trouble relating to them. Their problems seem so simple compared to what I have to live with everyday. I feel I don't belong in my age group anymore. My mental level is so much higher than my peers that I feel I am a 30 year old trying to hang out with teenagers. It's heartbreaking that that's my reality because I *should* fit in. These years are supposed to be spent making memories and having fun, but mine are spent in solitude.

The frustration and pain this crime has caused both my family and I has been overwhelming. They have been so supportive and I love them so much for accepting what happened without judging me. Between dealing with my situation and coping with my father's condition, it's been extremely hard for everyone.

My emotional and mental states change at random, so much so that at times I feel crazy. I become extremely angry over the smallest things. I have horrible mood swings. I can get snappy on my parents and brother for practically no reason at all. There are so many feelings I have not yet dealt with that are built up inside of me, waiting to explode. I think that when I have those random outbursts, it is my buried emotions coming out. I am so drained living every day with the emotional trauma he's left me. I feel twisted into a big knot inside. It is very hard to feel normal.

Since the crime, I have had an exam by a gynecologist and found out that I had HPV. Drew was the only person I had made sexual contact with so it was obvious who I contracted it from. The doctor told me that it can cause cervical cancer and just to be completely sure the virus was dormant, I would need a biopsy. The results took about a week, and in that week that was all that was on my mind. I thought my chances of living a normal life were ruined because I had this virus and there was a slight chance I may have cancer too. Not only do I have mental and emotional effects from Drew, but physical as well.

Today I came in search of something that will ultimately give me the most closure possible. Part of that process includes writing this statement, reading it in front of everyone here, and to walk out of here knowing that my tears and pain all meant something. I need to know that despite the Hell this man has put me through, justice will be served – he will receive and serve the harshest sentence possible. I want him to be stuck in a cell, completely alone. I want him to be without his precious perversion. I want him to suffer day in and day out while he has nothing better to do than roll around all the memories of manipulating and grooming and raping me and girls like me. I want him to see how sick and lowly he is. I want him to see that he deserves nothing more than to rot his pathetic life away in a cell.

That will give me closure. That will make me feel like my pain and flashbacks and anger and fear will all be mutually felt by him while he is in prison. Nothing will amount to the comfort of knowing that he is stripped of his freedom and his life. Nothing will give me more closure like knowing he will be in a prison cell for a very long time. The system can give me that closure.

Nothing will ever fix what happened to me. Nothing will ever make the memories or the pain fade away. Never again will I be a completely normal person. There are no words that will ever be able to describe my thoughts and feelings accurately, but I thank you from the bottom of my heart for allowing me the opportunity to try.

**Distorted Love Story**

Was she everything you'd hoped she'd be?
Love her and leave her so effortlessly
A poison kiss
Does feeling yourself inside her please you?
The tight warmth and your twisted passion
Emotionless

What a horror story
You took her hand and led her through the lies
Promising her everything she wanted you to be
A mirage
Nothing but a distorted love story

Was her body and laughter pleasing to you?
Did you touch everything you wanted?
Lingering fingerprints

What a horror story
You took her hand and led her through the lies
Promising her everything she wanted you to be
A mirage
Nothing but a distorted love story

The look in her eyes
And the taste of her skin
You whispered in her ear
You took her soul away
Are you done now?

…A distorted love story

## Little Girl

Do you know what I see?
A shattered little girl
Faking someone she used to be
When everyone laughs at the scars on your arms
But they don't understand
The gloom inside my eyes
Is only the curtain I close
To keep you out

It's so mesmerizing
When you see your reflection in his eyes

Do you know what I feel?
A twisted heartache
Too cold to be real
A melody sung so dark and lonely
They'll take you in
Before you know it you're on your back
Screaming for a way out
To take it all back

It's so hypnotizing
When he does everything to make you feel like his world

This little girl
This twisted heartache
It's too fake
It's too cold
When everyone laughs
And you're on your back
Screaming
To keep you out
To take it all back

It's so mesmerizing
When you see your reflection in his eyes
It's so hypnotizing
When he does everything to make you feel like his world
Little girl there's a whole world out there
And everything reminds me
Everything reminds me

And they don't understand

**Stranger**

Never tell her
Of the painful story you'd begin
Just relax her
Moving slowly out and in
You will lead her
To places sworn with lying breath
Lean in to kiss her
The moment promised six-foot rest
Time to bathe her
In crimson oceans and tainted affection
When you touched her
The devil's grace in painted perfection
So you scarred her
Declaring all the love was true
But then forget her
For nothing had meant shit to you
Keep it secret
For there were sins too deep to tell
Easy to leave her
This girl you thought you knew so well
Tried to conceal her
She would be just like the rest
Clinging to her
Dependent on if she'd confess
Silence her
But you cannot withhold her anger
Afraid of her
You weak, pathetic, perverted stranger